Present: PARKER, P. J., SMITH, KELLOGG, EDWARDS and CHASE, JJ. All concurred.

Judgment and order reversed, with ten dollars costs and disbursements, and application denied, with ten dollars costs.

---

**Court of Appeals. Reported. 168 N. Y. 669.**

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE JOSEPH FALLERT BREWING COMPANY, LIMITED, Respondent, v. HENRY H. LYMAN, as State Commissioner of Excise of the State of New York, Appellant.

*People ex rel. Fallert Brewing Co.* v. *Lyman,* 53 App. Div. 470, affirmed. (Submitted November 11, 1901; decided November 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made July 17, 1900, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus commanding the defendant to direct the payment of a rebate upon a certain liquor tax certificate surrendered for cancellation by the relator.

*S. B. Mead* and *W. E. Schenck* for appellant.

*Louis Marshall* and *Moses Weinman* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.